UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NELSON CHAO, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-04548-YGR (KAW)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

On September 22, 2020, Plaintiff's motion for default judgment was referred to the undersigned for a report and recommendation. (Dkt. No. 22.) On September 23, 2020, the Court issued an order regarding the motion for default judgment, stating: "if no opposition is filed by the deadline under Rule 7, Plaintiff shall instead file a proposed order by the reply deadline. The submission shall be structured as outlined in Attachment A below and include all relevant legal authority and analysis necessary to establish the case." (Dkt. No. 23.) The reply deadline was October 13, 2020.

As of the date of this order, the Court has not received the proposed order. Accordingly, the Court ORDERS Plaintiff to show cause, by **October 29, 2020**, why his motion should not be denied by: (1) filing the required proposed order, and (2) explaining why he did not comply with the Court's order.

IT IS SO ORDERED.

Dated: October 22, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge