UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>     v.<br><br>NELSON CHAO, et al.,<br><br>         Defendants. | Case No. 20-cv-04548-YGR   (KAW)<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 28 |

On November 2, 2020, the Court ordered Plaintiff to provide supplemental briefing as to whether removal of the architectural barriers at issue is readily achievable under the circumstances. (Dkt. No. 28.) Plaintiff's response was due by November 13, 2020. (*Id.* at 1.)

As of the date of this order, Plaintiff has failed to provide the requested supplemental briefing. Accordingly, the Court ORDERS Plaintiff to show cause, within **two weeks** of the date of this order, why the motion for default judgment should not be denied by: (1) providing the requested supplemental briefing, and (2) explaining why Plaintiff has again failed to comply with the Court's order. The Court observes that this is the second order to show cause issued with respect to the instant motion for default judgment. (*See* Dkt. No. 25.)

IT IS SO ORDERED.

Dated: December 10, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge