UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NELSON CHAO, ET. AL.,<br><br>        Defendant. | Case No.: 4:20-cv-04548-YGR<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>Dkt. Nos. 19, 32 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 32, "Report") recommending granting in part and denying in part plaintiff Scott Johnson's motion for default judgment as to defendants Nelson Chao and Ingrid Chao (Dkt. No. 19), to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report:

1.  The motion for default judgment is **GRANTED IN PART** and **DENIED IN PART**; and

2.  Judgment consistent with the Report shall be entered in favor of Johnson and against Nelson Chao and Ingrid Chao.

The Clerk of the Court is directed to close this case upon the issuance of judgment.

This Order terminates Docket Numbers 19, and 32.

**IT IS SO ORDERED.**

**Date: April 15, 2021**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE