# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON,** | Case No.: 4:20-cv-04548-YGR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **NELSON CHAO, ET. AL.,** | |
| Defendants. | |

The Court having adopted Magistrate Judge Kandis A. Westmore's Report and Recommendation (Dkt. No. 32) recommending granting in part and denying in part plaintiff Scott Johnson's motion for default judgment as to defendants Nelson Chao and Ingrid Chao (Dkt. No. 19), and thereafter having granted the motion for default judgment (Dkt. No. 33), it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Scott Johnson and against Nelson Chao and Ingrid Chao in the amounts of $4,000 for statutory damages, of $3,070 for attorneys' fees, and of $835 for costs.

**IT IS SO ORDERED.**

Date: April 15 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**